1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200

7 | Fax: (415) 436-7234
E-mail: owen.martikan@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,                 )   CR No. 12-0703 WHA
                                              )
15 |                      Plaintiff,           )   STIPULATION AND
                                              )   [PROPOSED] INTERIM PROTECTIVE
16 |                                           )   ORDER
                                              )
17 |        v.                                 )
                                              )
18 | CHRISTOPHER BATTLE,                       )
                                              )
19 |                      Defendant.           )
                                              )
20 | _____ )

21 |        Plaintiff, United States of America, by and through MELINDA HAAG, United States

22 | Attorney for the Northern District of California, and OWEN P. MARTIKAN, Assistant United

23 | States Attorney for the Northern District of California, and the defendant, CHRISTOPHER

24 | BATTLE, and his attorney EDWARD HU, hereby stipulate and agree as follows:

25 |        WHEREAS the defendant is charged in a single count Indictment with a violation of Title

26 | 18, United States Code, sections 2251(a) and (e). In connection with this Indictment, the United

27 | States is in possession of police reports, FBI reports, other documents and media that identify the

28 | alleged minor victims and minor witnesses in this case.

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER RE: MINOR INFO.
CR No. 12-0703 WHA                                                                    1

1    WHEREAS pursuant to Title 18, United States Code, section 3509(d), an Attorney for the

2    Government is required to take measures to maintain the confidentiality of documents and other

3    materials that disclose the identity of a child victim or witness, including the preparation of a

4    proposed protective order that may "provide for any other measures that may be necessary to

5    protect the privacy of the child" victim or witness.  18 U.S.C. § 3509(d)(3).

6    WHEREAS in order to comply with Title 18, United States Code, section 3509(d), and to

7    allow the defendant the greatest opportunity to prepare an effective defense in preparation for

8    trial in this matter, the United States and defendant agree that disclosure of the recorded

9    interviews covered hereunder are subject to the following restrictions:

10           IT IS HEREBY STIPULATED AND AGREED:

11   1.    The provisions of this Interim Protective Order apply to all documents, video recordings,

12   audio recordings, and pictures or photographs produced by the United States in this case that

13   identify or depict the alleged child victims in this case.

14   2.    The following individuals (the "defense team") may obtain and examine any material

15   identified in paragraph one, above, under the conditions set forth herein for the sole purpose of

16   preparing the defense and for no other purpose:

17        a.    Counsel for defendant;

18        b.    Persons employed by defense counsel who are assisting with the preparation of

19              the defense;

20        c.    Defendant, but only in the presence of his/her attorney;

21        d.    Any expert retained on behalf of the defendant to assist in the defense of this

22              matter;

23        e.    Any investigator retained on behalf of defendants to assist in the defense of this

24              matter.

25   3.    Members of the defense team agree to treat any documents described in paragraph one,

26   above, as confidential, meaning that they will not be given to anyone outside the defense team

27   without stipulation of the parties or a Court order, that they will not be included in any public

28   filings, either in summary, in part, or as exhibits or attachments, and that the identities of the

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER RE: MINOR INFO.
CR No. 12-0703 WHA                                                                    2

alleged child victims in this case will not be revealed to anyone outside the defense team without the stipulation of the parties or a Court order.  Photographs of alleged child victims covered by this Interim Protective Order may be shown to witnesses.

4.       Members of the defense team agree to destroy or return to the United States any documents or other media covered by this Interim Protective Order at the end of this litigation.

5.       Notwithstanding the provisions of this Interim Protective Order, the United States will continue to keep confidential the contact information (not including the name, but including information such as home address, phone number, or email address) of any alleged minor victim or minor witness.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: __10/12__, 2012

OWEN P. MARTIKAN
Assistant United States Attorney

DATED: __OCT. 12__, 2012

EDWARD HU
Attorney for Defendant Christopher Battle

SO ORDERED.

DATED: __October 16, 2012.__



APPROVED

Judge William Alsup

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER RE: MINOR INFO.
CR No. 12-0703 WHA

3